IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
NO. 4:01-CR-59-H

UNITED STATES OF AMERICA,       )
                                )
                                )
                                )
                                )
        v.                      )        **ORDER**
                                )
                                )
PAUL SCINTO, SR.,               )
                                )
        Defendant.              )

This matter is before the court on defendant's motion for a writ of error coram nobis. The government is directed to file a reply to its motion to dismiss within 15 days of the date of filing of this order.

This 16th day of July 2012.

_Malcolm C. Howard_

Malcolm J. Howard
Senior United States District Judge

At Greenville, NC
#26