IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
NO. 4:01-CR-59-H

| UNITED STATES OF AMERICA, | ) |  |
|---|---|---|
|  | ) |  |
| v. | ) |  |
|  | ) | **ORDER** |
|  | ) |  |
| PAUL SCINTO, SR. | ) |  |
| Defendant. | ) |  |

This matter is before the court on the government's renewed motion to dismiss defendant's motion for writ of error coram nobis. Defendant has responded to the motion to dismiss by filing a motion to strike as well as a response and renewed motion to strike. Also before the court are several motions filed by defendant in support of or in connection with the motion for writ of error coram nobis.

The court has carefully reviewed the pending motions, responses, and the record in this matter and finds that, for the reasons stated in the memorandum in support of the government's motion to dismiss, the motion for writ of error coram nobis should be denied. Therefore, the government's motion to dismiss

is GRANTED, and defendant's motion for writ of error coram nobis is DENIED. All other pending motions are denied as moot.

This 15th day of October 2013.

                                            Malcolm J. Howard
                                            Senior United States District Judge

At Greenville, NC
#26